IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| | ) | 10-00093-01-CR-W-GAF |
| DIAMOND D. BLAIR, | ) | |
| Defendant. | ) | |

**ORDER**

On February 22, 2011, Defendant knowingly and voluntarily waived his Sixth Amendment right to assistance of counsel and was allowed to proceed pro se. In accordance with my ruling at the hearing, it is

ORDERED that John Picerno is relieved of representation in this case and is, instead, appointed to act as stand-by counsel. It is further

ORDERED that the Clerk of the Court list Defendant Diamond Blair as pro se with an address of CCA, Leavenworth Detention Center, 100 Highway Terrace, Leavenworth, Kansas 66048. It is further

ORDERED that Defendant shall fill out an inmate request form each time he wishes to use the law library at CCA. Defendant is instructed to notify me if he experiences any difficulty gaining the desired amount of access.

*/s/ Robert E. Larsen*
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
February 23, 2011